Date: 11/12/10     Page: 1

## DIVIDENDS REMITTED TO THE COURT

Check Number 132 Dated 11/12/10
Case Number 09-36892 - AZAD, SHARIF

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| MINNESOTA GASTROENTEROLOGY<br>SDS 12 1488<br>PO BOX 86<br>MINNEAPOLIS MN 55486-1488<br>   FINAL DISTRIBUTION<br>   6505 | 000011 | 199.13 | 3.10 |
| HEALTHSPAN SERVICES<br>DBA RELIANCE RECOVERIES<br>6160 SUMMIT DR STE 420<br>BROOKLYN CENTER MN 55430<br>   FINAL DISTRIBUTION<br>   5171 | 000025 | 103.86 | 1.62 |
| ---------- Remittance Total ---------------- | | 302.99 | 4.72 |

*John A. Hedback, Trustee*

COURT1   Rcc # 2989


RECEIVED 10 NOV 17 AM 9: 48 U.S. BANKRUPTCY COURT ST. PAUL, MN

Printed: 11/12/10 01:41 PM   Ver: 16.00a